**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Jackson Ellsworth,<br><br>                Plaintiff,<br><br>v.<br><br>Prison Health Services, Inc., et al.,<br><br>                Defendants. | No. CV-11-8070-PCT-RCB-MEA<br><br>**ORDER REGARDING<br>SEALED DOCUMENTS** |

      This matter having come before the Court, and the Court being otherwise fully informed,

      IT IS ORDERED granting Defendants' Motion to Seal Attachment 1 to its Motion for Summary Judgment, and that the original and any copies of Defendants' Attachment 1 be placed under seal and not incorporated into the regular record of this case, and they shall remain under seal under further order of this Court.

      DATED this 7th day of May, 2012.

*/s/ John C. Broomfield*
Robert C. Broomfield
Senior United States District Judge