**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Jackson Ellsworth,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Prison Health Services, Inc., et al.,<br><br>　　　　　　Defendants. | No. CV-11-8070-PCT-RCB-MEA<br><br>**ORDER GRANTING MOTION FOR PROTECTIVE ORDER STRIKING CERTAIN DOCUMENTS IN THE RECORD AND REQUIRING PLAINTIFF TO RETURN DOCUMENTS** |

　　　　This matter having come before the Court, and the Court having reviewed the applicable filings, heard oral argument from both parties, and considered all matters addressed therein;

　　　　IT IS HEREBY ORDERED that Defendant's Motion for Protective Order Striking Certain Documents in the Record and Requiring Plaintiff to Return Documents (Doc. 93) is granted striking the Lexington Documents filed of record (Doc. 88, pp. 88-136).

　　　　IT IS FURTHER ORDERED that within fifteen (15) days of receipt of this Order Plaintiff is to return to the Court, or to Defendant PHS by way of its counsel, all original documents, as well as any copies of the documents in Plaintiff's possession, which Plaintiff received from Lexington in response to the subpoena.

　　　　IT IS FURTHER ORDERED that within fifteen (15) days of receipt of this Order Plaintiff is to certify in writing to the Court the name of any individual or entity to whom

Plaintiff has provided copies of all or some of the documents produced by Lexington.

IT IS FURTHER ORDERED that Plaintiff is to refrain from disclosing to anyone the information contained in any of the documents obtained from Lexington, whether orally or in writing.

DATED this 11th day of September, 2012.

_____
Robert C. Broomfield
Senior United States District Judge

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853