**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Jackson Ellsworth,<br><br>                    Plaintiff,<br><br>v.<br><br>Prison Health Services, Inc., et al.,<br><br>                    Defendants. | No. CV-11-8070-PCT-RCB-MEA<br><br>**ORDER REGARDING<br>SEALED DOCUMENTS** |

This matter having come before the Court, and the Court being otherwise fully informed thereon;

IT IS HEREBY ORDERED that Defendant's Motion for Qualified Protective Order and Motion to Seal (Doc. 94) is granted, and that the original and any copies of Defendant's Exhibit "C" and Exhibit "E," as attached to Defendant's Motion for Protective Order Striking Certain Documents in the Record and Requiring Plaintiff to Return Documents (Doc 93), be placed under seal and not incorporated into the regular record of this case, and they shall remain under seal under further order of this Court.

DATED this 11th day of September. 2012.

_____
Robert C. Broomfield
Senior United States District Judge