**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Jackson Ellsworth,           )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>       vs.                          )<br>                                    )<br>Prison Health Services,             )<br>Inc., *et al.*                      )<br>                                    )<br>            Defendants.             )<br>_____) | No. CIV 11-8070 PCT RCB MEA<br><br>**O R D E R** |

    On October 22, 2012, as ordered by this Court (doc. 110), plaintiff James Jackson Ellsworth returned to this United States District Court "all documents [purportedly] in [his] possession, . . . received from [the] Lexington Insurance Company." Ellsworth Aff. (Doc. 118) at 1:22-23, ¶ 4. The Clerk of the Court is hereby **ordered**, upon request, to provide those returned documents, in person, to a representative of

. . .

1  the law firm of Renaud Cook Drury Mesaros, PA.
2      DATED this 24th day of October, 2012.

_____
Robert C. Broomfield
Senior United States District Judge

13  Copies to counsel of record and plaintiff *pro se*

s:\clr\prisoners\docreturn.11-8070           - 2 -