WO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Jackson Ellsworth,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Prison Health Services, Inc., et al.,<br><br>　　　　　　　Defendants. | No. CV-11-8070-PCT-RCB-MEA<br><br>**ORDER GRANTING MOTION FOR TWO-WEEK EXTENSION OF TIME TO FILE JOINT PRETRIAL STATEMENT AND PRETRIAL ORDER** |

　　　This matter having come before the Court, and the Court having reviewed the applicable filing and considered all matters addressed therein;

　　　IT IS HEREBY ORDERED that Defendants' Motion for Two-Week Extension of time to File Joint Pretrial Statement and Pretrial Order is granted and that the Joint Pretrial Statement and Pretrial Order are due on June 3, 2013.

　　　DATED this 21st day of June, 2013.

_____
Robert C. Broomfield
Senior United States District Judge