**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
James Jackson Ellsworth,        )
                                )
            Plaintiff,          )   No. CV-11-8070-PCT-RCB(MEA)
                                )
       vs.                      )         O R D E R
                                )
Prison Health Services,         )
Inc., et al.                    )
                                )
            Defendants.         )
_____)
```

Currently pending before the court is plaintiff *pro se* James Jackson Ellsworth's "Motion for Copy of Joint Proposed Pretrial Order" (Doc. 158). Even though the court's docket reflects that a copy of that order was sent to plaintiff at his last known address (Doc. 145 Notice of Filing), and it was never returned, plaintiff claims that he has not received a copy. Mot. (Doc. 158) at 1. The defendants agree that the plaintiff is entitled to a copy of the Joint Proposed Pretrial Order ("JPTO"). Defs.' Resp. (Doc. 159) at 1:19. The defendants do not know why the plaintiff did not receive a copy of the JPTO, but in response to his motion, on August

1  29, 2013, they sent plaintiff another copy.  Id. at 4.
2     In light of the foregoing, the court **DENIES** as moot
3  plaintiff's motion for a copy of the Joint Proposed Pretrial
4  Order (Doc. 158).
5     DATED this 4th day of September, 2013.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record and plaintiff *pro se*

-2-