**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Jackson Ellsworth, ) | |
| ) | |
| Plaintiff, ) | No. CV 11-8070-PCT-RCB(MEA) |
| ) | |
| vs. ) | O R D E R |
| ) | |
| Prison Health Services, ) | |
| Inc., *et al.* ) | |
| ) | |
| Defendants. ) | |

The court is in receipt of defendant Prison Health Services' September 5, 2013, letter request, which indicates that a copy has been provided to plaintiff *pro se* Ellsworth. Pursuant to Fed.R.Civ.P. 60(a), the defendant is requesting that the court modify its January 4, 2013 order (Doc. 127), by striking a portion thereof. The basis for this request is the reference in that order to exhibits which this court previously order to be stricken. See Ord. (Doc. 110). Further, the defendants are seeking to have the court request that Westlaw and Lexis replace that January 4, 2013 order with

1 the modified order which they are seeking.

2     The court declines to modify its prior order, but it will
3 direct the sealing of that order.  Additionally, the court
4 will contact both Westlaw and Lexis and insure that the
5 January 4, 2013 order is removed from their respective
6 electronic databases.

7     Accordingly, the court **HEREBY ORDERS** that:

8     (1) defendants' September 5, 2013 letter request is
9 **DENIED**; and

10    (2) the January 4, 2013 order (Doc. 127) be **SEALED**.

11    DATED this 12th day of September, 2013.

    _____
    Robert C. Broomfield
    Senior United States District Judge

18 Copies to counsel of record and plaintiff *pro se*

-2-