WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Jackson Ellsworth,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Prison Health Services, Inc., et al.,<br><br>　　　　　Defendants. | CV-11-8070-PCT-RCB<br><br>**ORDER GRANTING<br>WITHDRAWAL OF ATTORNEYS<br>MYER AND MCKAY** |

　　　　Kevin R. Myer and Todd N. McKay, of the law firm of Renaud Cook Drury Mesaros, PA, having made application for withdrawal, and good cause appearing,

　　　　IT IS HEREBY ORDERED that Kevin R. Myer and Todd N. McKay are hereby withdrawn as counsel of record on this case. Defendants Prison Health Services, Inc. n/k/a Corizon Health, Inc., and Kirsten Mortenson will continue to be represented by the same firm, Renaud Cook Drury Mesaros, PA, and by J. Scott Conlon who has represented Defendants from the beginning of this case.

　　　　DATED this 16th day of April, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ John A. Jarvey
　　　　　　　　　　　　　　　　　　　　　　　　　JOHN A. JARVEY
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF IOWA